1  ERIC GRANT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  MEENU NAGPAL, ET AL.,                    CASE NO.  2:25-CV-2787-DJC-JDP

12                          Plaintiffs,      [PROPOSED] ORDER STAYING ALL
                                             DEADLINES IN LIGHT OF LAPSE OF
13                    v.                     APPROPRIATIONS

14  USCIS, ET AL.,

15                          Defendants.

16

17

18      Good cause being established, Defendants' motion to stay all deadlines in this matter is granted.

19  Within three business days of when Congress restores appropriations to the Department of Justice,

20  Defendants shall notify the Court, and at that point, all currently set deadlines will be extended

21  commensurate with the duration of the lapse in appropriations.

22

23  IT IS SO ORDERED.

24
    Dated:    October 29, 2025              _____
25                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28